UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

DAVID ALLEN LEWIS                                                                          PLAINTIFF

VERSUS                                                          CIVIL ACTION NO. 1:10CV515-RHW

MELVIN T. BRISOLARA et al                                                          DEFENDANTS

## FINAL JUDGMENT

In accordance with the requirement for the filing of a separate document pursuant to Federal Rule of Civil Procedure 58(a), and based on the reasons set forth in the Court's order granting Defendants' motion to dismiss, the Court hereby enters its Final Judgment in the above-captioned matter.

IT IS THEREFORE ORDERED AND ADJUDGED that the Plaintiff's complaint is dismissed without prejudice for failure to prosecute.

SO ORDERED, this the 30th day of March, 2012.

s/ *Robert H. Walker*
UNITED STATES MAGISTRATE JUDGE